**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:14-CV-247-MOC-DSC**

| | |
|---|---|
| FRANCIS GOODMAN, ET. AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPUY ORTHOPAEDICS, INC., ET. AL., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**THIS CAUSE** is before the Court upon Motion of the Defendants for an order staying this proceeding pending transfer by the MDL panel.

For the reasons stated therein, the Motion is granted. All proceedings are stayed and all deadlines are vacated in this action until the case is transferred to MDL 2244.

**SO ORDERED**.

Signed: May 15, 2014

David S. Cayer
United States Magistrate Judge